**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Glen Alan HINES, Defendant–
Appellant.**

No. 02–4882.

United States Court of Appeals,
Fourth Circuit.

Submitted June 30, 2003.

Decided July 8, 2003.

James Wyda, Federal Public Defender, Denise C. Barrett, Assistant Federal Public Defender, Baltimore, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Joseph L. Evans, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Glen Alan Hines appeals his five-year provisional sentence under 18 U.S.C. § 4244(d) (2000) following his guilty plea for transmitting a threatening communication in violation of 18 U.S.C. § 875(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm Hines' provisional sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*